**MEMO ENDORSED**

**BROWER PIVEN**

BRIAN C. KERR
kerr@browerpiven.com

A PROFESSIONAL CORPORATION
475 PARK AVENUE SOUTH, 33RD FLOOR
NEW YORK, NEW YORK 10016
BrowerPiven.com
Telephone (212) 501-9000
Facsimile (212) 501-0300

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-3-13

May 1, 2013

SENT VIA ELECTRONIC MAIL
Honorable Richard J. Sullivan
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007
SullivanNYSDChambers@nysd.uscourts.gov

    Re:    *Purifoy v. Walter Investment Mgmt. Corp. et al.*
          Case No. 1:13-cv-00937-RJS

Dear Judge Sullivan:

    Respectfully, we write to see whether lead counsel, Kenneth G. Gilman, can appear for the initial status conference scheduled for May 8, 2013 at 10:15 a.m. telephonically. This would aid Plaintiffs' counsel who is involved in some family matters at this time.

                                      Respectfully Submitted,

                                      Brian C. Kerr

cc:    All Counsel of Record

```
The request is GRANTED.  All parties
appearing telephonically should
gather on one line and call chambers
shortly before the scheduled
conference.  The chambers phone
number is 212.805.0264.
```

SO ORDERED
Dated: 5/2/13
RICHARD J. SULLIVAN
U.S.D.J.