UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL A. PURIFOY and LYNDA C. PURIFOY, on behalf of Themselves and All Others Similarly Situated,<br><br>                 **Plaintiff,**<br><br>    v.<br><br>**WALTER INVESTMENT MANAGEMENT CORPORATION, GREEN TREE SERVICING, LLC, GREEN TREE INSURANCE AGENCY, INC., AMERICAN RELIABLE INSURANCE COMPANY, and ASSURANT, INC.,**<br><br>                **Defendants.** | 13-cv-00937 (RJS)<br>ECF Case<br><br>*CORRECTED* MOTION FOR ADMISSION *PRO HAC VICE* |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Erik Kemp, hereby move this court for an Order for admission to practice Pro Hac Vice to appear as counsel for Walter Investment Management Corporation, Green Tree Servicing, LLC, and Green Tree Insurance Agency, Inc. in the above-captioned action.

I am in good standing of the bar of the state of California, and there are no pending disciplinary proceedings against me in any state or federal court. In support of my application for admission, I submit my Certificate of Good Standing, attached hereto as Exhibit A, and a proposed order for admission.

Respectfully Submitted,

Dated: May 6, 2013

  /s/Erik Kemp_____
Erik Kemp
SEVERSON & WERSON, P.C.
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Tel.: (415) 398-3344
Fax: (415) 956-0439
ek@severson.com

# EXHIBIT A

11293.0219/2684855.1



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

#### <u>ERIK WAYNE KEMP</u>

*I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that ERIK WAYNE KEMP, #246196, was on the 5th day of December 2006 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 2d day of May 2013.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
*C. Cahoon, Deputy Clerk*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DARRELL A. PURIFOY and LYNDA C. PURIFOY, on behalf of Themselves and All Others Similarly Situated,**<br><br>                               **Plaintiff,**<br><br>      v.<br><br>**WALTER INVESTMENT MANAGEMENT CORPORATION, GREEN TREE SERVICING, LLC, GREEN TREE INSURANCE AGENCY, INC., AMERICAN RELIABLE INSURANCE COMPANY, and ASSURANT, INC.,**<br><br>                               **Defendants.** | 13-cv-00937 (RJS)<br>ECF Case<br><br>**ORDER FOR ADMISSION *PRO HAC VICE*** |

      The corrected motion of Erik Kemp for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

    Erik Kemp
    SEVERSON & WERSON, P.C.
    One Embarcadero Center, Suite 2600
    San Francisco, CA 94111
    Tel.: (415) 398-3344
    Fax: (415) 956-0439
    ek@severson.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Walter Investment Management Corporation, Green Tree Servicing, LLC, and Green Tree Insurance Agency, Inc. in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

11293.0219/2684855.1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____              _____
                                                              United States District Judge Richard J. Sullivan