UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**DARRELL A. PURIFOY and LYNDA C. PURIFOY, on behalf of Themselves and All Others Similarly Situated,**

                                                   **Plaintiff,**

v.

**WALTER INVESTMENT MANAGEMENT CORPORATION, GREEN TREE SERVICING, LLC, GREEN TREE INSURANCE AGENCY, INC., AMERICAN RELIABLE INSURANCE COMPANY, and ASSURANT, INC.,**

                                                   **Defendants.**

---

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-13

13-cv-00937 (RJS)
ECF Case

**ORDER FOR ADMISSION *PRO HAC VICE***

      The corrected motion of John B. Sullivan for admission to practice Pro Hac Vice in the above captioned action is granted.

      Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

      John B. Sullivan
      SEVERSON & WERSON, P.C.
      One Embarcadero Center, Suite 2600
      San Francisco, CA 94111
      Tel.: (415) 398-3344
      Fax: (415) 956-0439
      jbs@severson.com

      Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Walter Investment Management Corporation, Green Tree Servicing, LLC, and Green Tree Insurance Agency, Inc. in the above entitled action;

      **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

11293 0219/2684847.1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5-6-13

United States District Judge Richard J. Sullivan

11293.0219/2684847.1