UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**DARRELL A. PURIFOY and LYNDA C. PURIFOY, on behalf of Themselves and All Others Similarly Situated,**

       **Plaintiff,**

v.

**WALTER INVESTMENT MANAGEMENT CORPORATION, GREEN TREE SERVICING, LLC, GREEN TREE INSURANCE AGENCY, INC., AMERICAN RELIABLE INSURANCE COMPANY, and ASSURANT, INC.,**

       **Defendants.**

---

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-6-13
```

13-cv-00937 (RJS)
ECF Case

**ORDER FOR ADMISSION *PRO HAC VICE***

The corrected motion of Erik Kemp for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California; and that his contact information is as follows:

 Erik Kemp
 SEVERSON & WERSON, P.C.
 One Embarcadero Center, Suite 2600
 San Francisco, CA 94111
 Tel.: (415) 398-3344
 Fax: (415) 956-0439
 ek@severson.com

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Walter Investment Management Corporation, Green Tree Servicing, LLC, and Green Tree Insurance Agency, Inc. in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

11293.0219/2684855.1

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5-6-13

_____
United States District Judge Richard J. Sullivan