UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

DARRELL A. PURIFOY and LYNDA C.
PURIFOY, on Behalf of Themselves and All
Others Similarly Situated,

        Plaintiffs,

v.

WALTER INVESTMENT MANAGEMENT
CORPORATION; GREEN TREE
SERVICING, LLC; GREEN TREE
INSURANCE AGENCY, INC.; AMERICAN
RELIABLE INSURANCE COMPANY; and
ASSURANT, INC.,

        Defendants.

------------------------------------x



Case No. 1:13-cv-00937-RJS

### [PROPOSED] ORDER FOR ADMISSION *PRO HAC VICE* OF KENNETH G. GILMAN

The admission of Kenneth G. Gilman for admission to practice *Pro Hac Vice* in the above-captioned action is granted.

Applicant has declared that he is a member in good standing of the Bars of the Commonwealth of Massachusetts and the State of Florida; and that his contact information is as follows:

Applicant's Name:  Kenneth G. Gilman
Firm Name:  GILMAN LAW LLP
Address:  3301 Bonita Beach Road, Suite 307
City/State/Zip:  Bonita Springs, FL 34134
Telephone:  (239) 221-8301
Facsimile:  (239) 676-8224
E-mail:  kgilman@gilmanpastor.com

Brian C. Kerr, having requested admission *Pro Hac Vice* of Kenneth G. Gilman, to appear for all purposes as counsel for Plaintiffs in the above-entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice *Pro Hac Vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: 5-6-13

United States ~~Magistrate /~~ ~~Magistrate~~ District Judge