UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARRELL PURIFOY, *et al.*,

               Plaintiffs,

-v-

WALTER INVESTMENT MANAGEMENT
CORPORATION, *et al.*,

               Defendants.

---

USDS SDNY
DOC[...]
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-9-13

No. 13 Civ. 937 (RJS)
<u>ORDER</u>

<u>RICHARD J. SULLIVAN</u>, District Judge:

    As stated on the record at the conference on May 8, 2013, Plaintiffs shall file an amended complaint by May 24, 2013, and the parties shall submit a proposed revised case management plan by June 7, 2013. IT IS FURTHER ORDERED THAT, if Defendants wish to file a motion to dismiss the amended complaint, the parties shall include a proposed briefing schedule for the motion along with their proposed case management plan.

SO ORDERED.

Dated:     May 8, 2013
             New York, New York

                                                  RICHARD J. SULLIVAN
                                                  UNITED STATES DISTRICT JUDGE