UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
:
DARRELL A. PURIFOY and LYNDA C. :
PURIFOY, on Behalf of Themselves and All :
Others Similarly Situated, :
:
                Plaintiffs, :
:
      v. : Case No. 1:13-cv-00937-RJS
:
WALTER INVESTMENT MANAGEMENT :
CORPORATION; GREEN TREE :
SERVICING, LLC; GREEN TREE :
INSURANCE AGENCY, INC.; AMERICAN :
RELIABLE INSURANCE COMPANY; and :
ASSURANT, INC., :
:
                Defendants. :
:
---------------------------------------------------------------x

## NOTICE OF APPEARANCE

To:    The clerk of court and all parties of record

      I am admitted or otherwise authorized to practice in this court, and I appear in this case for: Plaintiffs, Darrell A. Purifoy and Lynda C. Purifoy.

Dated: May 14, 2013

                                                    */s/ Kenneth G. Gilman*
                                                    Kenneth G. Gilman (Bar No.340758)
                                                    GILMAN LAW LLP
                                                    Beachway Professional Center Tower
                                                    8951 Bonita Beach Road, Suite 525-405
                                                    Bonita Springs, FL 34134
                                                    (239) 221-8301
                                                    (239) 676-8224
                                                    kgilman@gilmanpastor.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 14, 2013

*/s/ Kenneth G. Gilman*
Kenneth G. Gilman