UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DARRELL A. PURIFOY and LYNDA C. PURIFOY, on Behalf of Themselves and All Others Similarly Situated,<br><br>Plaintiffs,<br><br><br>WALTER INVESTMENT MANAGEMENT CORPORATION; GREEN TREE SERVICING, LLC; GREEN TREE INSURANCE AGENCY, INC.;<br><br>Defendants. | Case No. 1:13-cv-00937-RJS<br><br>CLASS ACTION<br><br>DEMAND FOR JURY TRIAL<br><br><br>**NOTICE OF MOTION TO DISMISS FIRST AMENDED COMPLAINT** |

PLEASE TAKE NOTICE that upon the accompanying memorandum of law in support of their motion to dismiss, and all papers submitted and proceedings had in this action, and pursuant to the Court's electronic order dated June 11, 2013, Defendants Walter Investment Management Corporation, Green Tree Servicing, LLC, and Green Tree Insurance Agency, Inc. will move this Court, at a date and time to be set by the Court, for an order dismissing Plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6), and for such other relief as this Court deems just and proper.

Dated:  June 21, 2013.

            By: */s/Erik Kemp*
               John B. Sullivan (Cal. State Bar No. 96742)
               Mark D. Lonergan (Cal. State Bar No. 143622)
               Erik Kemp (Cal. State Bar No. 246196)
               (*admitted pro hac vice*)
               **SEVERSON & WERSON**
               A Professional Corporation
               One Embarcadero Center, Suite 2600
               San Francisco, California 94111
               Telephone: (415) 398-3344
               Facsimile: (415) 956-0439
               jbs@severson.com
               mdl@severson.com
               ek@severson.com

               David S. Versfelt (DV 8935)
               **K&L GATES LLP**
               599 Lexington Avenue
               New York, NY 10022
               Phone: 212.536.3991
               Fax: 212.536.3901
               david.versfelt@klgates.com

               Attorneys for Defendants
               WALTER INVESTMENT MANAGEMENT
               CORPORATION; GREEN TREE SERVICING,
               LLC; and GREEN TREE INSURANCE
               AGENCY, INC.

## **CERTIFICATE OF SERVICE**

   I, Erik Kemp, hereby certify that on June 21, 2013 the foregoing document, filed through the ECF system, will be electronically sent to those indicated on the Notice of Electronic Filing as registered participants, and hard copies will be sent to those indicated as non-registered participants.

               */s/ Erik Kemp*
               ERIK KEMP