MEMO ENDORSED

# GILMAN LAW LLP
A NATIONAL LAW FIRM

TELEPHONE (239) 221-8301
FACSIMILE (239) 676-8224

BEACHWAY PROFESSIONAL CENTER TOWER
3301 BONITA BEACH ROAD, SUITE 202
BONITA SPRINGS, FLORIDA 34134

OTHER OFFICES
NAPLES, FL
BOSTON, MA

KENNETH G. GILMAN IS ALSO LICENSED IN MASSACHUSETTS

July 17, 2013

VIA ELECTRONIC MAIL TO
sullivannysdchambers@nysd.uscourts.gov

Hon. Richard J. Sullivan
United States District Judge
United States District Court, SDNY
500 Pearl Street, Room 640
New York, NY 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-19-13
```

Re: *Purifoy, et al. v. Walter Investment Mgmt. Corp., et al.,*
    *SDNY Case No. 1:13-cv-00937*

Dear Judge Sullivan:

The Plaintiffs are respectfully requesting a brief extension to file their Response in Opposition to Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint from Friday, July 19, 2013 through Tuesday, July 23, 2013. Plaintiffs have not previously requested any extensions. Plaintiffs' counsel have conferred with Defendants' counsel and they do not oppose this request. If granted, the Defendants would also receive the same reciprocal for their Reply brief which would then be extended, subject to the approval of this Court, from Friday August 2, 2013 through Tuesday August 6, 2013.

Respectfully Submitted,

Kenneth G. Gilman
GILMAN LAW, LLP
Beachway Professional Center Tower
3301 Bonita Beach Road, Suite 202
Bonita Springs, FL 34134
Telephone: 239-221-8301
Fax: 239-676-8224
kgilman@gilmanlawllp.com

SO ORDERED
Dated: 7/17/13
RICHARD J. SULLIVAN
U.S.D.J.

cc: All Counsel of Record