# EXHIBIT "A"

| | |
|---|---|
| *Casey v. Citibank, N.A.*, 2013 WL 11901, at *6 (N.D.N.Y. Jan. 2, 2013) | (denying motion to dismiss for breach of contract, breach of implied covenant of good faith and fair dealing, conversion, unjust enrichment, and breach of fiduciary claims) |
| *Ellsworth v. U.S. Bank, N.A.,* 908 F.Supp.2d 1063, 1090 (N.D. Cal., Dec. 11, 2012) | (denying motion to dismiss claims for breach of contract, breach of the implied covenant of good faith and fair dealing, and unjust enrichment) |
| *Lass v. Bank of America, N.A.*, 695 F.3d 129 (1st Cir. 2012) | (reversing dismissal of claims) |
| *Richards v. RBS Citizens*, NA., No. 12-cv-239 (D.R.I. Oct. 10, 2012) | (denying motion to dismiss) |
| *Morris v. Wells Fargo Bank, N.A.*, 2012 WL 3929805 (W.D. Pa. 2012) | (denying motion to dismiss breach of contract claim) |
| *Ulbrich v. GMAC Mort., LLC*, 2012 WL 3516499, at *1-3 (S.D. Fla. Aug. 15, 2012) | (denying motion to dismiss unjust enrichment claim by insurer) |
| *Arnett v. Bank of America, N.A.*, 874 F. Supp. 2d 1021 (D. Or. 2012) | (denying, in part, motion for judgment on the pleadings) |
| *Skansgaard v. Bank of America, N.A.*, 11-cv-988, 2011 WL 9169945 (W.D. Wash. Oct. 13, 2011) | (denying motion to dismiss) |
| *Wulf v. Bank of America, N.A.*, 798 F. Supp. 2d 586 (E.D. Pa. 2011) | (denying motion to dismiss for breach of contract claim) |
| *Berger v. Bank of America, N.A.*, No. 1:10-cv-11583 (D. Mass. Mar. 21, 2013) | (denying motion for summary judgment) |
| *Montanez v. HSBC Mortg. Corp.* (USA), No. 2:11-cv-4074, Dkt. No. 72 (E.D. Pa. July 18, 2012) | (denying motion to dismiss for breach of contract) |
| *Gustafson v. BAC Home Loans Servicing, LP*, No. 11-cv-915 (C.D. Cal. Dec. 20, 2012) | (denying motion to dismiss for breach of express contract) |
| *McNeary-Calloway v. JP Morgan Chase Bank, N.A.*, 863 F.Supp.2d 928 (N.D. Cal. Mar. 26, 2012) | (denying motion to dismiss for breach of express contract and unjust enrichment); |
| *Williams v. Wells Fargo Bank, N.A.*, 2011 WL 4901346 (S.D. Fla. Oct. 14, 2011) | (denying motion to dismiss for breach of covenant of good faith and fair dealing and unjust enrichment) (hereinafter *Williams II*) |
| *Williams v. Wells Fargo Bank, N.A.*, 2011 WL 4368980 (S.D. Fla. Sept. 19, 2011) | (same) (hereinafter *Williams I*) |
| *Abels v. JPMorgan Chase Bank, N.A.*, 678 F.Supp.2d 273 (S.D. Fla. 2009) | (denying motion to dismiss) |